Opinion issued March 27, 2025



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-24-01026-CV
_____

**JANICE ELLEN HUTTON, Appellant**

**V.**

**1960 HOSPITALITY LLC, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1240177**

---

## MEMORANDUM OPINION

Appellant Janice Ellen Hutton, pro se, failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On March 4, 2025, the Clerk of this Court notified Appellant that her appellate brief was past due, and her appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to file her brief and

a motion requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.